Robert M. Cook (SBN 002628)
THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 West Second Street
Yuma AZ 85364
Telephone: (928) 782-7771
Facsimile: (928) 782-7778
E-mail: robertmcook@yahoo.com
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| GAIL DOSSETT, JUANITA DOSSETT and BILLY DOSSETT, | Case No. 2:07-bk-06615-GBN |
| Debtors. | |
| PROVIDENT FUNDING, | RESPONSE AND OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| Movant, | |
| vs. | |
| GAIL DOSSETT, JUANITA DOSSETT and BILLY DOSSETT, OFFICE OF THE US TRUSTEE, | Re: Real Property located at 7686 W. Foothill Drive Peoria, AZ 85383 |
| Respondents. | |

Debtors/Respondents, Gail Dossett, Juanita Dossett and Billy Dossett, by and through their undersigned counsel, hereby responds and objects to Movant, Provident Funding's Motion for Relief from the Automatic Stay, admits, denies and alleges as follows:

1. Responding to Paragraph 1, Debtor *admits* to each and every allegation contained therein.

2. Responding to Paragraph 2, Debtor *admits* to each and every allegation contained therein.

3. Responding to Paragraph 3, Debtor *admits* to each and every allegation contained

THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 WEST SECOND STRET
YUMA, AZ 85364

1 therein.

2     4.     Responding to Paragraph 4, Debtor *denies* each and every allegation contained
3 therein.

4     5.     Responding to Paragraph 5, Debtor *denies* each and every allegation contained
5 therein.

6     6.     Responding to Paragraph 6, Debtor *denies* each and every allegation contained
7 therein.

8     7.     Responding to Paragraph 7, Debtor *denies* each and every allegation contained
9 therein, as the property in question is absolutely necessary for an effective reorganization and there is
10 equity in the said property.

11     8.     Responding to Paragraph 8, Debtor *denies* each and every allegation contained
12 therein.

13     9.     Responding to Paragraph 9, Debtor *denies* each and every allegation contained
14 therein.

15     10.     There is a Loan Modification that is being processed by the bank, Provident Funding
16 and Debtor Gail Dossett at this time.

17

18     WHEREFORE, Debtors/Respondents, Gail Dossett, Juanita Dossett and Billy
19 Dossett, requests this Court *deny* Movant's Motion for Relief from the Automatic Stay filed by
20 Provident Funding.

21

22     RESPECTFULLY submitted this 12th day of August, 2009.

23     **LAW OFFICES OF ROBERT M. COOK, LLC**

24     By: /s/ Robert M. Cook
    Robert M. Cook,
25     *Attorney for Debtors*

26

27 / / /

28

THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 WEST SECOND STRET
YUMA, AZ 85364

1 | ORIGINAL ECF filed this 12th day of August, 2009.

2

3 | COPY OF THE FOREGOING electronically mailed/faxed to:

4 | Office of the US Trustee
c/o Elizabeth C. Amorosi

5 | Elizabeth.C.Amorosi@usdoj.gov

6 | Mark Bosco @ Tiffany & Bosco, P.A.
via facsimile 602-255-0192

7 | *Attorneys for Provident Funding*

8 | COPY OF THE FOREGOING mailed via USPS to:

9

Gail Dossett

10 | Billy & Juanita Dossett
8009 W. Robin Lane

11 | Peoria, AZ 85383

12 | By: /s/Andrena Geiler