# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|                   |                                              |          |    |
|-------------------|----------------------------------------------|----------|----|
| **Debtor:**       | GAIL DOSSETT                                 |          |    |
| **Case Number:**  | 2:07-bk-06615-GBN                            | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 08, 2009 10:30 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN                        |          |    |
| **Courtroom Clerk:** | JAN HERNANDEZ                             |          |    |
| **Reporter / ECR:** | JO-ANN STAWARSKI                           |          |    |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PROVIDENT FUNDING.(FR. 10-19 & 11-03)

**R / M #:** 175 / 0

## *Appearances:*

ROBERT M. COOK, ATTORNEY FOR GAIL DOSSETT AND JUANITA DOSSETT(T)
WILLIAM M. FISCHBACH, ATTORNEY FOR PROVIDENT FUNDING

## *Proceedings:*

MR. FISCHBACH ADVISES THAT THE LOAN HAS BEEN DUE SINCE MAY AND IS STILL DELINQUENT. IT IS STATED THAT THE MODIFICATION WAS DENIED.

MR. COOK RESPONDS THAT THERE IS STILL ACTIVE NEGOTIATION; THEREFORE, A CONTINUANCE IS SOUGHT. A SECOND $3,000.00 WILL BE AVAILABLE TOMORROW.

THE COURT: THE MOTION TO CONTINUE IS GRANTED TO JANUARY 8, 2010 AT 9:00 A.M. WITH THE CONDITION OF A PROMPT PAYMENT OF $3,000.00 TO COUNSEL FOR THE CREDITOR NO LATER THAN DECEMBER 15, 2009. IF THERE IS CERTIFICATION THAT PAYMENT HAS NOT BEEN MADE, COUNSEL MAY LODGE AN ORDER LIFTING THE STAY.