# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | GAIL DOSSETT | | |
| **Case Number:** | 2:07-bk-06615-GBN | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 08, 2010 09:00 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PROVIDENT FUNDING.(FR. 10-19, 11-03 & 12-08)

**R / M #:**   175 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR PROVIDENT FUNDING

## *Proceedings:*

MR. MCDONALD REPORTS THAT THE PAYMENTS ARE DOWN SINCE MAY OF 2009.  THE LOAN MODIFICATION HAS BEEN DENIED.

THE COURT:  THE MOTION IS GRANTED; THE COURT WILL SIGN AN UPLOADED ORDER.